**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 96-cv-01791-REB-PAC

PHOEBE THOMPSON,
DEAN ECOFF, and
MARCIA E. WADE, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

M. MICHAEL COOKE, in her official capacity as the Executive Director of the Colorado Department of Revenue, and
STEVE TOOL, in his official capacity as Senior Director of the Motor Vehicle Business Group of the Colorado Department of Revenue,

    Defendants.

---

**MINUTE ORDER**[1]

---

    The matter before the court is the **Stipulated Motion for Stay of Action to Allow Parties to Discuss Settlement** [#154], filed April 13, 2007. The motion is **GRANTED**. This matter is **STAYED** until **July 12, 2007**. The parties shall submit either a joint status report or dismissal documents, which ever first occurs, no later than July 16, 2007.

Dated: April 13, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.