IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

**Date: March 21, 2008**

Ginny Kramer, Courtroom Deputy
Suzanne Claar, Court Reporter

---

**Civil Case No. 96-cv-01791-REB**

PHOEBE THOMPSON,                                      Glen Gordon
DEAN ECOFF *on behalf of themselves*                  Robert Fegers
*and all others similarly situated,*

    Plaintiffs,

v.

M. MICHAEL COOK,                                      Robert H. Dodd
STEVE TOOL,

    Defendants.

---

**COURTROOM MINUTES - FINAL SETTLEMENT HEARING**

---

**1:40 p.m.**    Court in session.

Appearances of counsel.

Opening statements by the court.

Statements to the Court by Mr. Gordon, for the plaintiffs.

Statements to the Court by Mr. Dodd, for the defendants.

The Court enters Findings of Fact, Conclusions of Law, and orders.

**It was ORDERED:**

    1.    That the Plaintiffs' Motion for Leave to *Amend to Add Claim for Reimbursement* [152] filed April 25, 2007, is **WITHDRAWN**;

2. That class member Emma M. Robertson may and shall opt out from the settlement proposed in this case;

3. That otherwise this settlement, which the Court has found and concluded to be fair, reasonable, and adequate is **approved.** Its terms and provisions ordered implemented effective forthwith, subject to the signature of the Honorable Bill Ritter;

4. That the one putative objection filed as docket numbers 167, on March 7, 2008, by Mr. Michael A. K. Fansler, is respectfully **denied**;

5. That the creation and use of cy-pres funds and distributions is **approved** expressly;

6. That the distribution of those cy-pres settlement funds in the amounts and to the distributeees found and approved by the Court is now formally approved and ordered;

7. That lead counsel for the plaintiffs are awarded their attorney fees and costs as requested in the joint stipulated Motion for Order granting preliminary approval to the settlement agreement and mutual release and scheduling final settlement hearing;

**2:05 p.m.** **Court in recess.**

*Total court time: 00:25 minutes - hearing concluded*